# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT COURT OF PENNSYLVANIA

| | |
|---|---|
| CHAD FLASHER,<br><br>　　Plaintiff<br><br>　　v.<br><br>DISTRICT JUSTICE<br>MICHAEL J. SMITH, et al.<br><br>　　Defendants. | No. 1:17-CV-01080<br><br>(Judge Rambo) |

## ORDER

**AND NOW**, **THEREFORE**, this 30th day of June, 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 3) is **GRANTED** for the limited purpose of dismissing this action;

2. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted; and

3. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　s/Sylvia H. Rambo
　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　United States District Judge